UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CHIMA ALEX ANYANWU, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GEICO GENERAL INSURANCE COMPANY, an Iowa Corporation, and Does 1 through 100, Inclusive,<br><br>　　　　Defendants. | Case No. 2:23-cv-02049-SVW-MAR<br><br>Hon. Stephen V. Wilson<br>Courtroom 10A<br><br>Magistrate Judge Margo A. Rocconi<br>Courtroom 790<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed:　November 10, 2022<br>FAC Filed:　　　March 7, 2023 |

## ORDER

Pending before the Court is a joint stipulation to dismiss this action with prejudice. Good cause appearing, the Court **GRANTS** the joint stipulation and **ORDERS** as follows:

1. This action is **DISMISSED** in its entirety **WITH PREJUDICE**; and
2. The parties will bear their own costs and attorneys' fees in connection with the dismissal.

**IT IS SO ORDERED**.

Dated: May 9, 2023

*[signature]*

Hon. Stephen V. Wilson
United States District Judge